UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER L. ANDERSON, JR.,

    Plaintiff,

v.                                    Case No: 8:22-cv-1176-VMC-AAS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Amanda A. Sansone's Report and Recommendation (Doc. # 27), filed on March 1, 2023, recommending that Plaintiff Walter L. Anderson, Jr.'s Motion for Attorney's Fees under the Equal Access to Justice Act (Doc. # 26) should be granted and Mr. Anderson should be awarded attorney's fees in the amount of $16,310.16.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants the Motion.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).

1

In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 27) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Walter L. Anderson, Jr.'s Motion for Attorney's Fees under the Equal Access to Justice Act (Doc. # 26) is **GRANTED**. Mr. Anderson is awarded attorney's fees in the amount of $16,310.16.

(3) The fee is payable directly to Mr. Anderson's counsel if it is determined that Mr. Anderson does not owe a debt to the government.

(4)  The Clerk is directed to enter judgment accordingly.

**DONE and ORDERED** in Tampa, Florida, this 20th day of March, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE